AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 13, 2025 10:58 AM
Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Abraham MORENO GARCIA | ) Mag. No. 25-00196 KJM |
| aka Estevan CARVAJAL VILLAGOMEZ and Carlos | ) |
| DANIEL LOPEZ | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 7, 2025 _____ in the county of _____ Hawaii _____ in the

_____ District of _____ Hawaii _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Douglas Phillips

☑ Continued on the attached sheet.

_____
Complainant's signature

Douglas Phillips, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 03/13/2025 _____

City and state: _____ Honolulu, Hawaii _____

_____
Kenneth J. Mansfield
United States Magistrate Judge

<u>AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Douglas Phillips, being duly telephonically sworn, deposes and states as follows:

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Resident Agent in Charge ("RAC") Outer Islands Office which is responsible for investigating a broad scope of violations of Federal law, which include, but are not limited to vulnerabilities in the nation's border, infrastructure, and economic and transportation systems. In the course of my duties, I have investigated, apprehended, and prepared for prosecution cases against persons who have illegally entered the United States which are criminal violations set forth in the Immigration and Nationality Act.

3. The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number Axxxxxx633. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation. The information set forth herein is to establish that probable cause exists to arrest Abraham MORENO GARCIA (AKA Estevan CARVAJAL VILLAGOMEZ and Carlos DANIEL LOPEZ) for violation of Title 8, United States Code, Section 1326(a) and (b)(1).

4. MORENO GARCIA came to the attention of ICE/HSI during a narcotics investigation on Hawaii Island. MORENO GARCIA is a Mexican citizen/national who has been removed from the United States (US) on multiple occasions.

<u>Investigation</u>

5. On or about March 5, 2025, a joint narcotics investigation on Hawaii Island identified a parcel going to Kailua-Kona, Hawaii containing narcotics addressed to Abraham Garcia. Checks of law enforcement databases and conferral with other

officers in the investigation identified MORENO GARCIA as a suspect. ICE/HSI agents conducted checks of law enforcement databases and confirmed that MORENO GARCIA had previously been removed and did not have permission to be in the United States.

6.    On March 7, 2025, , HSI encountered MORENO GARCIA in Kailua-Kona, Hawaii and visually confirmed his identity.  HSI arrested MORENO GARCIA for violation of section 212(a)(6)(A)(i); Present Without Admission or Parole ("PWA"). MORENO GARCIA was searched incident to arrest and a Mexican identification card for Abraham MORENO GARCIA was found in his wallet. During processing, scans of MORENO GARCIA's fingerprints were obtained which resulted in a biometric match for fingerprints previously obtained from MORENO GARCIA's previous removals.

7.    On March 8, 2025, HSI agents conducted a recorded interview with MORENA GARCIA. Prior to starting the interview, MORENO GARCIA confirmed that he understood English and was advised of his rights. MORENO GARCIA confirmed that he understood his rights and elected to make a statement without an attorney present. During the interview MORENO GARCIA confirmed that he has previously been removed from the United States in 2002, 2003, and 2019. MORENO GARCIA recalled being told he cannot return to the United States. MORENO GARCIA told agents that he most recently reentered the United States near San Ysidro, California in 2023.

## Immigration History

8.    A review of MORENO GARCIA's alien file number A## ### 633 revealed that MORENO GARCIA is a male citizen and national of Mexico born in 1974. On or around September 20, 2002, MORENO GARCIA applied for admission into the United States from Mexico at the Los Angeles, California International Airport (LAX) Port of Entry, and falsely represented himself as a citizen of the United States for the purpose of gaining entry.  MORENO GARCIA later admitted that he was not a citizen of the United States but, in fact, a citizen and national of Mexico.

9.    On September 20, 2002, MORENO GARCIA was administratively arrested and processed.  MORENO GARCIA was given a Notice and Order of Expedited Removal (Form I-860) which stated that he was found inadmissible to the United

States under the provisions of sections 212(a)(6) (C)(i), 212(a)(6) (C)(ii), and 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act.

10.    On September 20, 2002, MORENO GARCIA signed form I-296 that explains he was prohibited from entering, attempting to enter, or being in the United States for a period of 5 years from the date of departure. An Immigration Inspector signed the form I-296 that identified flight MX 127 outbound from LAX on September 21, 2002, as MORENO GARCIA's method of departure from the United States.

11.    On September 22, 2002, at the Columbus Port of Entry, New Mexico, while attempting to enter the United States in a vehicle, MORENO GARCIA told the Customs Inspector that he was a United States citizen and presented a Hawaii state driver's license bearing the name Carlos DANIEL LOPEZ as proof of citizenship. MORENO GARCIA was referred to secondary and admitted that he was not a United States citizen. Fingerprint and IDENT records revealed that MORENO GARCIA was removed to Mexico from LAX, on or about September 20, 2002, and that MORENO GARCIA did not receive permission from the Attorney General of the United States to reapply for admission into the United States.

12.    On or about September 23, 2002, a criminal complaint was filed charging MORENO GARCIA with violating 8 U.S.C. § 1326(a)(1)(2) re-entry of a removed alien, and 18 U.S.C. § 911 false claim to United States citizenship. On or about November 19, 2002, MORENO GARCIA entered into a plea agreement and pled guilty to 8 U.S.C. §1326. On or about February 5, 2003, before United States District Judge William K. Sessions III, MORENO GARCIA was ordered to a sentence of time served.

13.    On or about February 6, 2003, MORENO GARCIA was transported to the Columbus, New Mexico Port of Entry where expedited removal proceedings were finalized. MORENO GARCIA was served with forms I-296, Notice of Alien Ordered Removed/Departure Verification and I-860, Notice and Order of Expedited Removal and was barred from returning to the United States for 20 years. MORENO GARCIA was returned to Mexico.

14.    On or about May 1, 2019, Enforcement and Removal Operation ("ERO") administratively arrested MORENO GARCIA in Kailua-Kona, Hawaii. MORENO

3

GARCIA came to the attention of ICE/ERO following his arrest by the Hawaii Police Department ("HPD") for driving with a suspended license and operating a vehicle while under the influence of an intoxicant on February 22, 2019.

15.     On or about May 9, 2019, MORENO GARCIA was arrested by HSI for violations of 8 U.S.C. § 1326; Re-entry of a Removed Alien. MORENO GARCIA entered a guilty plea and was sentenced to time served.

16.     On or about October 8, 2019, following his term of imprisonment MORENO GARCIA was removed from the United States to Mexico at San Ysidro, California. An Immigration Enforcement Agent verified his removal. Form I-205, Warrant of Deportation, documenting this removal contained his right index fingerprint and photograph.

## Criminal History

17.     On or about January 21, 1998, MORENO GARCIA was arrested by the McKinley County Sheriff's Office in New Mexico for driving under the influence of an intoxicant, open container, and driving without a license. Case disposition unknown.

18.     On or about April 1, 1999, MORENO GARCIA was arrested by the Albuquerque Police Department in New Mexico for driving under the influence of an intoxicant. Case disposition unknown.

19.     On or about March 24, 2000, MORENO GARCIA was arrested by the Albuquerque Police Department in New Mexico for driving under the influence of an intoxicant. Case disposition unknown.

20.     On or about June 29, 2001, MORENO GARCIA was arrested by the Albuquerque Police Department in New Mexico for driving under the influence of an intoxicant. Case disposition unknown.

21.     On or about March 4, 2002, MORENO GARCIA was arrested by HPD for "mv no fault insurance," "no inspec cert," "open liquor/mo veh," and driving under the influence of an intoxicant.  On March 3, 2007, the charges were dismissed except for the "no inspec cert," which has a disposition of "Def Calendar."

4

22.    On or about August 19, 2005, MORENO GARCIA was arrested by HPD for "mv no fault insurance," "delinq penalty," "mv sun screen," "no inspec cert," "cert of reg/own," driving without a license, and operating a vehicle under the influence of an intoxicant. On March 1, 2006, he was found guilty of driving without a license, a misdemeanor, and driving while under the influence of an intoxicant, a petty misdemeanor. All other charges were dismissed.

23.    On or about August 18, 2009, MORENO GARCIA was arrested by HPD for failure to appear, a petty misdemeanor. On December 11, 2009, he was found guilty.

24.    On or about September 10, 2015, MORENO GARCIA was arrested by HPD for failure to appear, a petty misdemeanor. On November 24, 2015, was found guilty.

25.    On or about April 5, 2018, MORENO GARCIA was arrested by HPD for failure to appear and on May 10, 2018, the charge was dismissed.

26.    On or about February 22, 2019, MORENO GARCIA was arrested by HPD for driving with a suspended license and operating a vehicle under the influence of an intoxicant. On June 5, 2019, the charges were dismissed.

27.    On or about September 3, 2024, MORENO GARCIA was arrested by HPD for operating a vehicle while under the influence of an intoxicant, operating a motor vehicle without insurance, driving without a license, driving with a suspended license, open container of liquor in a motor vehicle, and false certificates. The disposition of the case is still pending.

## Alien Registration File

28.    On March 11, 2025, a review of a series of documents from MORENO GARCIA's Alien Registration File ("A File") under Alien Registration File Number Axxxxxx633 was conducted. Within the A-file of MORENO GARCIA, there is an executed I-205, Warrant of Removal/Deportation to Reinstate Prior Order documents. These documents establish MORENO GARCIA was deported from the United States to Mexico on October 8, 2019, at San Ysidro, California.

29.    On March 11, 2025, a search in a United States Citizenship and Immigration Services law enforcement database was conducted and revealed no evidence that MORENO GARCIA was granted permission by the Attorney General of the United States or his successor, the Secretary for Homeland Security for re-application for admission into the United States after his most recent removal on October 8, 2019.

Conclusion

30.    Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, MORENO GARCIA, for violating Title 8, United States Code, Section 1326(a) and (b)(1).

FURTHER AFFIANT SAYETH NAUGHT.


Douglas Phillips
Special Agent
Homeland Security Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at ___10:35_a_.m. on March 13, 2025.


Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 13th day of March 2025.



Kenneth J. Mansfield
United States Magistrate Judge